[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 20, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-15858
Non-Argument Calendar

_____

D. C. Docket No. 91-00051-CR-J-16-HTS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHNNY LEE HANSLEY,
a.k.a. Johnnie Lee Hansely,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 20, 2009)

Before TJOFLAT, DUBINA and KRAVITCH, Circuit Judges.

PER CURIAM:

Charles Truncale, appointed counsel for Johnny Lee Hansley in this appeal

from the district court's denial of Hansley's motion to reduce his sentence under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of relief under § 3582(c)(2) is **AFFIRMED**.